IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____
                                       )
                                       )
In re: Encep Nurjaman             )         No. 23-1294
                                       )
_____)

RESPONDENT UNITED STATES' MOTION
TO POSTPONE ORAL ARGUMENT

Pursuant to Federal Rule of Appellate Procedure 34(b) and D.C. Circuit Rule 34(g), the government respectfully moves to postpone oral argument in *In re Nurjaman*, No. 23-1294 (D.C. Cir. filed Oct. 24, 2023), to a later date convenient for this Court. Yesterday, this Court scheduled oral argument for this case to occur on May 9, 2024. Earlier this month, on March 14, 2024, the U.S. Court of Appeals for the Fourth Circuit calendared oral argument for undersigned counsel in another case, *United States v. Sherifi*, No. 22-4317 (4th Cir. filed May 29, 2022), for the same argument session on May 7, 2024. Because the record in *Sherifi* covers a 17-day trial and two sentencing proceedings, the government moves this Court to postpone oral argument in *Nurjaman* to the next argument session so that undersigned counsel can adequately prepare for oral argument in both cases. This is the government's first request to postpone oral argument in *Nurjaman*. As of the time of this filing, petitioner's counsel has "non-consent[ed]" to this request.

1. This case arises from the ongoing prosecution of Encep Nurjaman before a military commission convened at the United States Naval Station, Guantánamo Bay, Cuba. On November 22, 2022, Nurjaman filed a petition for a writ of mandamus and prohibition in the U.S. Court of Military Commission Review (USCMCR), seeking review of a ruling by the trial judge in his military commission case. *See* Pet. App. A2. On June 23, 2023, the USCMCR denied the petition. *Id.* at A1. Four months later, on October 24, 2023, Nurjaman filed a petition for a writ of mandamus and prohibition in this Court, seeking review of the same military commission ruling. Pet. 1.

2. On December 7, 2023, this Court called for a response to the petition, to be filed within 30 days of this Court's order. Order, *In re Nurjaman*, No. 23-1294 (D.C. Cir. Dec. 7, 2023). On January 2, 2024, this Court granted the government a 30-day extension of the deadline for filing its response. The government timely filed its response on February 6, 2024. Petitioner timely filed his reply on February 20, 2024. Yesterday, on March 25, 2024, this Court calendared oral argument for this case for May 9, 2024.

3. Undersigned counsel is also counsel for the government in *United States v. Sherifi*, No. 22-4317 (4th Cir. filed May 29, 2022). On March 14, 2024, the U.S. Court of Appeals for the Fourth Circuit calendared oral argument in *Sherifi* for May 7, 2024. Order, *Sherifi*, No. 22-4317 (4th Cir. Mar. 14, 2024). The Fourth

Circuit had originally calendared oral argument for this case during the March 19-22, 2024, argument session. But the Fourth Circuit agreed to postpone the oral argument at Hysen Sherifi's request because Sherifi's counsel was presenting oral argument in another case during the same argument session. *See* Notice Regarding Conflict with Proposed Argument Dates, *Sherifi*, No. 22-4317 (4th Cir. filed Dec. 19, 2023).

    4. The government respectfully requests that this Court postpone oral argument in *Nurjaman* to a later date convenient for this Court. The requested extension is necessary to permit undersigned counsel to adequately prepare for oral argument, given that, in addition to the press of other matters, undersigned counsel is also presenting oral argument in *Sherifi* during the same argument session. *Sherifi* is a complex terrorism case. The record consists of hundreds of pretrial filings, 17 days of trial transcripts, numerous audio and video recordings played for the jury during trial, and pleadings and transcripts for two sentencing proceedings.

    5. Yesterday, March 25, 2024, the government asked counsel for Nurjaman whether Nurjaman would consent to the government's extension request. Nurjaman's counsel asked the government to include his "non-consent" response in this motion:

> Danielle, I have a time-sensitive operation scheduled for 26 April which I was planning on postponing until after ou[r] 9 May argument. I need to consult with my surgeon and co-counsel about alternatives before giving you a response; I should be able to get back to you in

3

the next couple of days. In the meantime, have you looked into postponing your Sherifi argument?

Email from Adam Thurschwell, Counsel for Petitioner, to Danielle Tarin, Counsel for Respondent (Mar. 25, 2024, 13:52 EST) (on file with author). Undersigned counsel replied, as explained above, that the Fourth Circuit has already postponed oral argument in *Sherifi* once, at Sherifi's request, because Sherifi's counsel was presenting oral argument in another case during the same argument session. The time for notifying the Fourth Circuit of attorney conflicts with that court's oral-argument schedule has since expired. In *Nurjaman*, this Court notified the parties of its oral-argument schedule yesterday. This is the government's first request to postpone oral argument in *Nurjaman*.

For all these reasons, the government respectfully requests that this Court postpone oral argument in *Nurjaman* to a later date convenient for this Court.

Respectfully submitted,

| | |
|---|---|
| AARON C. RUGH | MATTHEW G. OLSEN |
| Rear Admiral, U.S. Navy | Assistant Attorney General |
| Chief Prosecutor | for National Security |
| of Military Commissions | |
| | |
| HARIDIMOS V. THRAVALOS | DANIELLE S. TARIN |
| Appellate Counsel | Attorney |
| Office of the Chief Prosecutor | National Security Division |
| of Military Commissions | U.S. Department of Justice |
| | Washington, DC 20530 |

CERTIFICATE OF COMPLIANCE WITH VOLUME LIMITATION,
TYPEFACE REQUIREMENTS, AND TYPE STYLE REQUIREMENTS

1. This motion complies with the volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because:

this motion contains 806 words.

2. This response complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6) because:

this motion has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14 point font size and Times New Roman type style.

DATED: March 26, 2024  /s/ Danielle S. Tarin
Danielle S. Tarin
Attorney for the United States

# CERTIFICATE OF SERVICE

U.S. Court of Appeals Docket Number 23-1294.

I hereby certify that I electronically filed the foregoing Motion with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system on March 26, 2024.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

DATED:  March 26, 2024                               /s/ Danielle Tarin
                                                     Danielle Tarin
                                                     Attorney for the United States