UNITED STATES COURT OF APPEALS
*for the* District of Columbia Circuit

| | |
|---|---|
| In re: ENCEP NURJAMAN | ) No. 23-1294 <br> ) <br> ) **PETITIONER'S RESPONSE** <br> ) **TO RESPONDENT MOTION** <br> ) **TO POSTPONE ORAL** <br> ) **ARGUMENT** <br> ) <br> ) Dated: March 27, 2024 <br> ) |

On March 25, 2024 the Court scheduled oral argument in this case for May 9, 2024. On March 26, 2024, Respondent moved to postpone the argument date because counsel was scheduled to argue a different appeal before the Fourth Circuit earlier that same week. Respondent United States' Motion to Postpone Oral Argument, Doc. #2046839 ("Resp. Mot.").

As he explained to Respondent's counsel, Petitioner's undersigned counsel also has scheduling complications due to his need for time-sensitive surgery. Accordingly, he requested the opportunity to consult his doctors and co-counsel before consenting to the postponement. Solely because Respondent's counsel was unwilling to accommodate Petitioner's counsel request for a brief delay, he did not consent.

After speaking to one of his surgeons about the effect of delaying the surgery, Petitioner's position is as follows: Petitioner consents to changing the

1

argument to a different week to accommodate Respondent's counsel, if the new date falls *prior* to the current May 9 date. Petitioner otherwise takes no position on Respondent's requested postponement, but asks that if the argument date is postponed, it be set at the earliest feasible time after May 9.

Respectfully submitted,

Dated: March 27, 2024

/s/____Adam Thurschwell____
Adam Thurschwell
James Hodes
U.S. Department of Defense
Military Commission Defense Organization
1620 Defense Pentagon
Washington, DC 20301

Alana F. Genderson
Mathew J. McKenna
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004

Brian D. Fahy
Jason S. Mills
Morgan, Lewis & Bockius LLP
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071

*Counsel for Petitioner*

# CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2024, copies of the foregoing Response were served by email on counsel for Respondent in the above captioned action, and to other parties through the Court's electronic filing system.

By: /s/ Adam Thurschwell
*Counsel for Petitioner*

**CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATION, TYPEFACE REQUIREMENTS, AND TYPE STYLE REQUIREMENTS**

Petitioner's Response to Respondent Motion to Postpone Oral Argument, filed March 27, 2024, complies with the type-volume limitations imposed by Fed. R. App. P. 27(d)(2) because it contains 445 words. It complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word for Microsoft 365 MSO in 14 point font size and Times New Roman type style.

Dated: March 27, 2024

Respectfully submitted,

/s/ Adam Thurschwell
*Counsel for Petitioner*